No. 437. DRATH, TRADING AS BROADWAY GIFT Co., v. FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 439. CLIETT ET VIR v. SCOTT ET AL. C. A. 5th Cir. Certiorari denied. *Frank O. Barnes* for petitioners. *W. H. Betts* for respondents.

No. 441. CHOCTAW NATION ET AL. v. SEAY ET AL. C. A. 10th Cir. Certiorari denied. *W. F. Semple* and *Lynn Adams* for petitioners. *S. J. Montgomery* and *W. M. Cleaves* for respondents.

No. 442. TWENTIETH CENTURY FOX FILM CORP. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Joseph P. Loeb* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for the United States.

No. 444. TATKO BROTHERS SLATE Co., INC., v. VERMONT STRUCTURAL SLATE Co., INC. C. A. 2d Cir. Certiorari denied. *W. Brown Morton, Jr.* for petitioner. *Richard P. Schulze* for respondent.

No. 450. ITEM COMPANY v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli* and *Frederick U. Reel* for respondent.